PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| DONNA A. RAVISCIONI BRUMBAUGH, ) | Case No. 1:17-cv-0516-GSA |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **EXTEND BRIEFING SCHEDULE** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file the Certified Administrative Record with the Court by 30 days to October 2, 2017, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.

There is good cause for this extension because the Social Security Administration's Office of Disability Adjudication and Review requires additional time to prepare a complete and accurate certified administrative record for this case.  Should this Court grant the request for

-1-

extension, Defendant will file the certified administrative record with the Court by October 2, 2017.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *August 31, 2017*  PENA & BROMBERG, PLC

By:  */s/ Asim H. Modi  for Jonathan O. Pena\**
JONATHAN O. PENA
*\*Authorized by email on August 31, 2017*
Attorneys for Plaintiff

Date: *August 31, 2017*  PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By:  */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation (Doc. 12), Defendant shall file the Certified Administrative Record **no later than October 2, 2017**. All other scheduling dates set forth in the Scheduling Order (Doc. 7) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 31, 2017**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE