MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: 415-977-8952
   Facsimile: 415-744-0134
   Email: asim.modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DONNA A. RAVISCIONI BRUMBAUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-0516-GSA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her responsive brief with the Court by 21 days to **February 26, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's second request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.[1]

---

[1] Defendant sought an extension on August 31, 2017, to prepare and file a complete and accurate certified administrative record for the instant case.

-1-

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her responsive brief on February 5, 2018. In particular, counsel for Defendant is currently responsible for performing an extensive range of tasks, including: preparing for a February 5, 2018, oral argument before the Ninth Circuit in a Social Security case; reviewing the excerpts of record and drafting the Commissioner's answering brief in a different Social Security case before the Ninth Circuit; drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; conducting a mediation in personnel-litigation pending before the Equal Employment Opportunity Commission (EEOC); conducting discovery in personnel-related litigation pending before the EEOC; preparing for an arbitration proceeding involving the agency and one of the agency's collective bargaining units; and assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST).

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *January 31, 2018*           PENA & BROMBERG, PLC

By:    */s/ Asim H. Modi  for Jonathan O. Pena\**
JONATHAN O. PENA
*Authorized by email on January 31, 2018*
Attorneys for Plaintiff

Date: *January 31, 2018*           MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By:    */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Defendant Opposition/Response shall be filed no later than **February 26, 2018**. Any optional Reply shall be filed no later than fifteen (15) days after the filing of the Opposition.

IT IS SO ORDERED.

Dated: **February 1, 2018**         **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE